1   Rob A. Justman (024436)
    MEAGHER & GEER, PLLP
2   8800 N. Gainey Center Drive, Suite 261
    Scottsdale, Arizona  85258
3   Telephone:   (480) 607-9719
    Facsimile:    (480) 607-9780
4   rjustman@meagher.com

5   James P. Ruggeri (*Pro Hac Vice Will Be Pending*)
    Joshua P. Mayer (*Pro Hac Vice Will Be Pending*)
6   SHIPMAN & GOODWIN, LLP
    1875 K Street NW, Suite 600
7   Washington, DC  20006
    Telephone:   (202) 469-7750
8   Facsimile:    (202) 469-7751
    jruggeri@goodwin.com
9   jmayer@goodwin.com
    *Counsel for the Defendants*

10

11              **IN THE UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF ARIZONA**

13

|  |  |
|---|---|
| CITY OF PHOENIX, a municipal corporation, | Case No. |
|           Plaintiff, | |
|    vs. | **NOTICE OF REMOVAL** |
| FIRST STATE INSURANCE COMPANY, a foreign insurer; TWIN CITY FIRE INSURANCE COMPANY, a foreign insurer; NEW ENGLAND REINSURANCE CORPORATION, a foreign insurer; NUTMEG INSURANCE COMPANY, a foreign insurer. | (Maricopa County Superior Court Case No. CV2015-003256) |
|           Defendants. | |

25       The  Defendants,  First  State  Insurance  Company,  Twin  City  Fire  Insurance

26   Company,  New  England  Reinsurance  Corporation,  and  Nutmeg  Insurance  Company

1   (collectively referred to as "The Hartford"), give Notice of Removal of the above-
2   captioned action from Arizona Superior Court for Maricopa County to the United States
3   District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

4   **I.     This Court Has Diversity Jurisdiction.**

5         The United States District Court for the District of Arizona has original jurisdiction
6   over this action under 28 U.S.C. § 1332(a)(1).   Original jurisdiction is founded on
7   diversity of citizenship.

8         The citizenship of the Plaintiff, the City of Phoenix, is diverse from the citizenship
9   of the Defendants, The Hartford.

10         The Plaintiff, the City of Phoenix, as an Arizona municipal corporation, is a citizen
11   of Arizona.

12         The Defendants, The Hartford, are citizens of Connecticut and Indiana.

13         Defendant First State Insurance Company is a Connecticut corporation with its
14   principal place of business in Hartford, Connecticut.

15         Defendant Twin City Fire Insurance Company is an Indiana corporation with its
16   principal place of business in Hartford, Connecticut.

17         Defendant New England Reinsurance Corporation is a Connecticut corporation
18   with its principal place of business in Hartford, Connecticut.

19         Defendant Nutmeg Insurance Company is a Connecticut corporation with its
20   principal place of business in Hartford, Connecticut.

21         Since the Defendants are diverse from the Plaintiff, there is complete diversity
22   between the parties.  The Court has diversity jurisdiction.

23   **II.    The Amount in Controversy Exceeds $75,000.**

24         The amount in controversy exceeds the jurisdictional minimum of $75,000
25   (exclusive of interest and costs).  The Plaintiff seeks to collect from The Hartford over $1
26   million in attorneys' fees and costs, expended to date, in the defense against an asbestos

1  lawsuit.  The Plaintiff also seeks to recover from the Hartford the future attorneys' fees

2  and costs that will be incurred defending against the asbestos lawsuit.  And the Plaintiff

3  asks for a declaratory judgment that The Hartford is obligated to indemnify the Plaintiff

4  for any settlement or judgment entered in the asbestos lawsuit.  Lastly, the Plaintiff asks

5  for compensatory damages and punitive damages against The Hartford.

6  The Plaintiff's Complaint against The Hartford is attached as Exhibit 1.

7  All other pleadings filed to date in the above-captioned action in Arizona Superior

8  Court are attached as Exhibit 2.

9  The amount in controversy is well in excess of the jurisdictional minimum of

10  $75,000 (exclusive of interests and costs); the Court has diversity jurisdiction over this

11  action.

12  **III.  The Procedural Requirements Are Satisfied.**

13  The Hartford timely filed this Notice of Removal within the thirty-day period

14  required by 28 U.S.C. § 1446(b)(3).

15  The Plaintiff filed its Complaint on March 4, 2015.  *See* Exhibit 1, Complaint.  This

16  Notice of Removal was filed with the Court on March 20, 2015.  This was well within the

17  30-day period prescribed by 28 U.S.C. § 1446(b)(3).  The time to Answer the Complaint

18  has not expired.

19  In accordance with 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6, a

20  copy of this Notice of Removal was filed with the Arizona Superior Court.

21  To satisfy Local Rule of Civil Procedure 3.6, The Hartford states that true and

22  correct copies of all the Superior Court pleadings have been attached as Exhibits to this

23  Notice of Removal.  The Hartford has served a copy of this Notice of Removal on the

24  Plaintiff.

25

26

3

1    To conclude, there is complete diversity between the parties; the amount in

2 controversy exceeds $75,000; and all the procedural requirements have been satisfied.

3 The Court has diversity jurisdiction over this action.

4    DATED March 20, 2015.

5

6                                        MEAGHER & GEER, P.L.L.P.

7

8                              By: /s/ Rob A. Justman
                                        Rob A. Justman
9                                        8800 N. Gainey Center Drive, Suite 261
                                        Scottsdale, Arizona  85258
10

11                                       SHIPMAN & GOODWIN LLP
                                        James Ruggeri *(Pro Hac Vice Will Pend)*
12                                       Joshua P. Mayer *(Pro Hac Vice Will Pend)*
                                        1875 K Street NW, Suite 600
13                                       Washington, DC  20006
                                        *Counsel for the Defendants*
14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on March 20, 2015, I electronically transmitted the attached

3

documents to the court clerk's office using the CM/ECF system for filing and thereby
transmitted a notice of electronic filing to the following CM/ECF registrants:

4

5

Clerk of Court
***United States District Court***
District of Arizona – Phoenix
401 W. Washington Street, Suite 130
Phoenix, Arizona  85007

6

7

8

I hereby certify that on March 20, 2015, I served the attached documents by mailed

9

on the following:

10

E.J. Kotalik, Jr., Esq.
Thomas R. Nadzieja, Esq.
***Peshkin & Kotalik, P.C.***
3030 North Central Avenue, Suite 1106
Phoenix, AZ  85012
*Attorneys for Plaintiff*

11

12

13

14

15

By: /s/ Vanessa Henderson

16

17

10198725.1

18

19

20

21

22

23

24

25

26

5